IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAZUKO A. FRYSINGER, | ) CIVIL NO. 19-00306 JAO-WRP |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION TO DISMISS |
| vs. | ) THIS ACTION WITHOUT |
| | ) PREJUDICE |
| HILTON GRAND VACATIONS | ) |
| CORPORATE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

FINDINGS AND RECOMMENDATION TO
DISMISS THIS ACTION WITHOUT PREJUDICE[1]

On September 23, 2019, this Court issued a Deficiency Notice and
Order Regarding Service of Defendant.  See ECF No. 9.  In that order, the Court
gave notice to Plaintiff that she must serve his Complaint on Defendant no later
than October 23, 2019, and that failure to do so may result in dismissal of this
action for failure to prosecute or otherwise follow a court order.  See id. (citing
Fed. R. Civ. P. 41(b), 4(m); In re Sheehan, 253 F.3d 507, 513 (9th Cir. 2001)).

Plaintiff has not filed a return of service indicating that she effected

---

[1] Within fourteen days after a party is served with the Findings and
Recommendation, pursuant to 28 U.S.C. § 636(b)(1), a party may file written
objections in the United States District Court.  A party must file any objections
within the fourteen-day period to preserve appellate review of the Findings and
Recommendation.

service.  Based on the docket, Plaintiff has not effected service of the Complaint or

Summons as required under Rule 4 of the Federal Rules of Civil Procedure.

Accordingly, the Court FINDS AND RECOMMENDS that this case be dismissed

without prejudice pursuant to Rule 4(m) of the Federal Rule of Civil Procedure.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, NOVEMBER 1, 2019.



_____

Wes Reber Porter
United States Magistrate Judge

**FRYSINGER V. HILTON GRAND VACATIONS CORPORATE, CIVIL NO. 19-
00306 JAO-WRP; FINDINGS AND RECOMMENDATION TO DISMISS THIS
ACTION WITHOUT PREJUDICE**