IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAZUKO A. FRYSINGER, | CIVIL NO. 19-00306 JAO-WRP |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS |
| vs. | THIS ACTION WITHOUT PREJUDICE |
| HILTON GRAND VACATIONS CORPORATE, | |
| Defendant. | |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**

On November 1, 2019, the Magistrate Judge issued a Findings and Recommendation to Dismiss this Action Without Prejudice ("F&R"). ECF No. 10. No objections were filed. Therefore, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Court HEREBY ADOPTS the F&R.

IT IS SO ORDERED.

Dated: Honolulu, Hawaiʻi, November 21, 2019.

Jill A. Otake
United States District Judge